TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Robert Bolan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Bolan, | Case No.:  2:17-cv-03321-DGC |
| Plaintiff, | Hon. David G. Campbell |
| vs. | |
| Experian Information Solutions, Inc., et al., | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TRANS UNION, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

1

Plaintiff and Defendants Trans Union, LLC (hereinafter referred to as "Trans Union") and Experian Information Solutions, Inc. (hereinafter referred to as "Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendants Trans Union and Experian, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 16th day of March, 2018

KENT LAW OFFICES

By: _/s/ Trinette G. Kent_
Trinette G. Kent
*Attorney for Plaintiff*

COHEN DOWD QUIGLEY

/s/ J. Neil Stuart w/ consent
J. Neil Stuart
Daniel P. Quigley
*Attorneys for Trans Union*

WILLIAMS WILLIAMS RATTNER & PLUNKETT, P.C.

/s/ Tamara E. Fraser w/ consent
Tamara E. Fraser
*Attorney for Experian*