# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Bolan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et al.,<br><br>　　　　　Defendants. | No. CV17-3321 PHX DGC<br><br><br><br>**ORDER** |

Pursuant to stipulation of the parties. Doc. 46.

**IT IS ORDERED** that the stipulation (Doc. 46) is **granted.** Defendants Trans Union, LLC and Experian Information Solutions, Inc. are dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs herein.

Dated this 16th day of March, 2018.

_____
David G. Campbell
United States District Judge